

# NUMBER 13-19-00465-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**LAURA ANN KING AND ALL OTHER OCCUPANTS,**      **Appellants,**

**v.**

**OSO BAY APARTMENTS,**      **Appellee.**

---

### On appeal from the County Court at Law No. 5 of Nueces County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Perkes
### Memorandum Opinion by Justice Perkes

Appellant, Laura Ann King, appealed a judgment of eviction entered by the County Court at Law No. 5 of Nueces County, Texas. On September 25, 2019, the Clerk of this Court notified appellant that the notice of appeal failed to comply with Texas Rules of Appellate Procedure 9.5(e) and 25.1(d). *See* TEX. R. APP. P. 9.5(e); *id.* R. 25.1(d). The Clerk directed appellant to file an amended notice of appeal with the district clerk's office

within 30 days from the date of that notice. On October 29, 2019, the Clerk notified appellant that the defects had not been corrected and warned appellant that the appeal would be dismissed if the defects were not cured within ten days. Appellant has not responded to the notice from the Clerk or corrected the defects.

On October 10, 2019, the Clerk of the Court notified appellant that she was delinquent in remitting a $205.00 filing fee. The Clerk of this Court notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days from the date of receipt of this letter. *See id.* R. 42.3(b),(c). Appellant has not responded to the notice from the Clerk or paid the fee.

On its own motion, with ten days' notice to the parties, an appellate court may dismiss a civil appeal for want of prosecution or failure to comply with a notice from the clerk requiring a response or other action within a specified time. *Id.* Accordingly, we dismiss the appeal for want of prosecution and failure to comply with notices from the Court. *See id.*

GREGORY T. PERKES
Justice

Delivered and filed the
26th day of November, 2019.